JKB/cic/539439                                                                                                                                                       10015-1-51

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE STRICKLER, on behalf of herself and the class members described below, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 11 CV 3468 |
| v. | ) ) | Judge Norgle |
| BIJORA, INC., doing business as AKIRA, an Illinois corporation and OPT IT, INC., an Illinois corporation, | ) ) ) | Magistrate Judge Cole |
| Defendants. | ) | |

### BIJORA, INC.'S MOTION TO DISMISS

Defendant Bijora, Inc. ("Bijora"), by and through its attorneys, Tressler LLP, Tressler LLP, pursuant to Fed. R. Civ. P. 12(b)(6) hereby moves to dismiss Counts I and II of Plaintiff's Second Amended Complaint ("Complaint"), and in thereof Bijora states that (1) the Complaint fails to satisfy federal pleading requirements, as recently reaffirmed by Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); (2) the Telephone Consumer Protection Act, 47 U.S.C. § 227, ("TCPA"), does not apply to text messages; (2) the TCPA as Plaintiff seeks to apply it would violate the First Amendment; (3) Plaintiff has failed to meet the federal pleading requirements. In support of its Motion, Bijora refers the Court to its Memorandum of law in support.

2

WHEREFORE, Defendant Bijora, Inc. respectfully requests this Court dismiss Counts I and II of Plaintiff's Second Amended Complaint with prejudice, that it be granted its attorneys' fees and costs in defending this case and for such other relief as this Court deems just and proper.

                        BIJORA, INC.

                        By: /s/James K. Borcia
                             One of Its Attorneys

James K. Borcia
David O. Yuen
TRESSLER LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000

2