IN THE UNITED STATES DISCTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE STRICKLER, )<br>on behalf of herself and the class )<br>members described below, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>BIJORA, INC. doing business as AKIRA )<br>)<br>       Defendant. ) | Case No. 11 CV 03468<br><br>Judge Norgle |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT TO SUBSTITUTE CLASS REPRESENTATIVES

Plaintiff, NICOLE STRICKLER, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 15, respectfully moves this Court to file a Third Amended Class Action Complaint to Substitute Class Representatives, and in support of which, states as follows:

1. Plaintiff filed the instant action on May 24, 2011 as a result of the unlawful telemarketing actions of Defendant, Bijora, Inc.

2. On November 4, 2011, Plaintiff filed her amended complaint, which narrowed her class action claims against Defendant.

3. On April 3, 2013 Plaintiff filed her second amended complaint, which expanded her claims to include additional wrongful acts by Defendant and added an additional Defendant, Opt It, Inc. Opt It, Inc. has been dismissed from these proceedings pursuant to settlement.

4. Since that time, the parties have engaged in discovery and Plaintiff has been made aware of class members who wish to substitute in and serve as class representatives in this matter.

5. Further, this Court has advised Plaintiff's counsel that Plaintiff, Nicole Strickler, as a Partner at Messer & Stilp, Ltd., may not be the proper plaintiff to represent the certified class if Messer & Stilp, Ltd continues to serve as class counsel in this matter. Plaintiff was granted leave to substitute class representatives on February 15, 2013. See, D.E. 156.

6. Plaintiff now wishes to amend her complaint to expand upon her claims as well as the class claims and substitute Jennifer Glasson and Nicole Lee Blow as Plaintiffs and class representatives in this matter.

7. Federal Rule 15 provides that a party may amend its pleading once as a matter of course at any time before a responsive pleading is served; "[o]therwise, a party may amend the party's pleading only by leave of court . . . and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15. As the Defendant has filed a responsive pleading in this matter, leave of Court is required.

8. This Court should allow the amended pleading, as attached hereto as Exhibit A, in this case as justice so requires.

WHEREFORE, Plaintiff, NICOLE STRICKLER, moves this Court to grant her leave to file her Third Amended Complaint to Substitute Class Representative in this matter.

DATED:  April 22, 2013          Respectfully Submitted:

NICOLE STRICKLER,

By:/s/ Dana Perminas
Attorney for Plaintiffs
Dana Perminas
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, Illinois 60602
(312) 334-3476
Perminas@messerstilp.com
Attorney No. 6298057

CERTIFICATE OF SERVICE

       I hereby certify that on April 22, 2013, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the following:

James Kenneth Borcia
Tressler LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606-6308
(312) 627-4000
Email: jborcia@tresslerllp.com

                                            By:/s/ Dana Perminas
                                            Attorney for Plaintiffs
                                            Dana Perminas
                                            Messer & Stilp, Ltd.
                                            166 W. Washington, Suite 300
                                            Chicago, Illinois 60602
                                            (312) 334-3476
                                            Perminas@messerstilp.com
                                            Attorney No. 6298057