JKB/cic/573317                                                                                          10015-1-51

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICOLE BLOW and JENNIFER GLASSON, individuals, on behalf of themselves and the class members described below, )))) | |
| Plaintiffs, )) | |
| v. ) | Case No. 1:11-cv-03468 |
| ) | |
| BIJORA, INC. doing business as AKIRA, an Illinois Corporation, ))) | Judge Norgle |
| ) | Magistrate Judge Cole |
| Defendant. ) | |

### BIJORA, INC.'S MOTION TO DISMISS
### PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendant Bijora, Inc. ("Bijora"), by and through its attorneys, Tressler LLP, Tressler LLP, pursuant to Fed. R. Civ. P. 12(b)(6) hereby moves to dismiss Plaintiff's Third Amended Complaint and in support thereof Bijora refers the Court to its accompanying Memorandum.

WHEREFORE, Defendant Bijora, Inc., respectfully requests this Court dismiss Plaintiff's Third Amended Complaint with prejudice, that it be granted its attorneys' fees and costs in defending this case and for such other relief as this Court deems just and proper.

BIJORA, INC.

By: /s/James K. Borcia
      One of Its Attorneys

James K. Borcia (jborcia@tresslerllp.com)
Ryan Taylor (rtaylor@tresslerllp.com)
TRESSLER LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000
Fax: (312) 627-4000