# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Nicole Blow, et al.
                      Plaintiff,

v.                                         Case No.: 1:11–cv–03468
                                              Honorable Charles R. Norgle Sr.

Bijora, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 14, 2014:

       MINUTE entry before the Honorable Jeffrey Cole:Magistrate Judge Status hearing held and continued to 4/4/2014 at 09:00 AM. Parties report that they are waiting for a ruling on class certification from Judge Norgle. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.