# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

**ORDER**

April 23, 2014

Before

WILLIAM J. BAUER, *Circuit Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
ANN CLAIRE WILLIAMS, *Circuit Judge*

| No.: 14-8010 | IN RE:<br>  BIJORA INCOPORATED, doing business as AKIRA,<br>Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-03468<br>Northern District of Illinois, Eastern Division<br>District Judge Charles R. Norgle ||

The following are before the court:

1. **DEFENDANT-PETITIONER BIJORA, INC.'S PETITION FOR LEAVE TO APPEAL PURSUANT TO RULE 23(f)**, filed on March 24, 2014, by Attorney James K. Borcia.

2. **THIRD PARTY DEFENDANT OPT IT. INC.'S MOTION FOR LEAVE TO PARTICIPATE IN PETITION FOR RULE 23(F) APPEAL, OR, IN THE ALTERNATIVE, TO INTERVENE**, filed on April 2, 2014, by Attorney Tanya Forsheit.

3. **PLAINTIFF-RESPONDENT'S RESPONSE TO DEFENDANT-PETITIONER'S PETITION PURSUANT TO PURSUANT TO FED.R.CIV.P. 23(F) FOR PERMISSION TO APPEAL ORDER GRANTING CLASS ACTION CERTIFICATION**, filed on April 9, 2014, by Attorney Joseph S. Messer.

No. 14-8010                                                                                    Page 2

**4. PETITIONER'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS PETITION FOR LEAVE TO APPEAL**, filed on April 11, 2014, by Attorney James K. Borcia.

**5.  PLAINTIFF-RESPONDENT'S RESPONSE TO THIRD PARTY DEFENDANT OPT IT, INC.'S MOTION FOR LEAVE TO PARTICIPATE IN PETITION FOR RULE 23(F) APPEAL, OR IN, IN THE ALTERNATIVE TO INTERVENE**, filed on April 14, 2014, by Attorney Joseph S. Messer.

**6.  THIRD PARTY DEFENDANT OPT IT INC.'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO PARTICIPATE IN PETITION FOR RULE 23(F) APPEAL, OR , IN THE ALTERNATIVE, TO INTERVENE**, filed on April 17, 2014, by Attorney Tanya Forsheit.

**IT IS ORDERED** that the petition is **DENIED**.

Opt It Inc.'s motion to participate is **GRANTED** only to the extent that this court considered the arguments it made in support the petition.

Petitioner's request to file a reply is **GRANTED**. This court considered the arguments in the reply when resolving the petition.

form name: **c7_Order_3J**(form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit