# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICOLE BLOW, an individual, on behalf of herself and the class members described below, ) ) ) ) | |
| Plaintiff, ) ) | Case No.11-cv-03468 |
| v. ) ) | Judge Charles Norgle |
| BIJORA, INC. doing business as AKIRA, an Illinois Corporation, ) ) ) ) | Magistrate Judge Jeffrey Cole |
| Defendant. ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff in the above captioned case, Nicole Blow, on behalf of herself and others similarly situated, appeals to the United States Court of Appeals for the Seventh Circuit from final judgment by the Honorable Judge Charles Norgle entered on February 4, 2016 granting Defendant's Motion for Summary Judgment, and all other orders affecting such judgment including specifically Honorable Judge Norgle's order granting Bijora's motion to amend. A copy of the judgment and order are attached as Exhibits A and B.

Dated:  March 4, 2016         Respectfully submitted,

By: /s/ Dana Perminas
Attorney for Plaintiff
Dana Perminas
Messer & Stilp, Ltd.
166 W. Washington, Suite 300
Chicago, Illinois 60602
(312) 334-3476
Perminas@messerstilp.com
Attorney No. 6298057

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2016, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the following:

James Kenneth Borcia
Tressler LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606
Email: jborcia@tresslerllp.com

Ryan S. Taylor
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606
Email: RTaylor@tresslerllp.com

                                                      By:/s/Dana Perminas
                                                      Attorney for Plaintiff
                                                      Dana Perminas
                                                      Messer & Stilp, Ltd.
                                                      166 W. Washington, Suite 300
                                                      Chicago, Illinois 60602
                                                      (312) 334-3476
                                                      Perminas@messerstilp.com
                                                      Attorney No. 6298057