**TRANSCRIBED FROM DIGITAL RECORDING**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE STRICKLER, on behalf of herself and the class members described below, ) ) ) ) | |
| Plaintiffs, ) | Case No. 11 C 3468 |
| -vs- ) ) | Chicago, Illinois |
| BIJORA, INC., an Illinois Corporation doing business as Akira, ) ) ) | March 13, 2013 8:59 a.m. |
| Defendant. ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JEFFREY COLE, MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:   MS. DANA PERMINAS
                     Messer, Stilp & Strickler, Ltd.
                     166 W. Washington Street, Suite 300
                     Chicago, IL  60602
                     (312) 334-3474
                     E-mail: Perminas@messerstilp.com

For the Defendant:   MR. JAMES KENNETH BORCIA
                     Tressler LLP
                     233 South Wacker Drive
                     22nd Floor
                     Chicago, IL  60606
                     (312) 627-4000
                     E-mail: Jborcia@tresslerllp.com

**PLEASE NOTIFY OF INCORRECT SPEAKER IDENTIFICATION**
NOTE:  FAILURE TO STAND NEAR THE MICROPHONE MAKES
PORTIONS UNINTELLIGIBLE AND INAUDIBLE

Transcriber:
        KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
                Official Court Reporter
                United States District Court
        219 South Dearborn Street, Suite 2524-A
                Chicago, Illinois  60604
                Telephone:  (312) 435-5569
        Kathleen_Fennell@ilnd.uscourts.gov

1      (Proceedings heard in open court:)
2           THE CLERK:  11 C 3468, Strickler versus Bijora.
3           MS. PERMINAS:  Good morning, your Honor.  Dana
4  Perminas on behalf of plaintiffs.
5           THE COURT:  Good morning.
6           MR. BORCIA:  Good morning, Judge.  Jim Borcia for
7  defendant.
8           THE COURT:  All right, how are we doing?
9           MS. PERMINAS:  We have found, I believe, three class
10 reps that be are going to substitute out.  We're here today.
11 We have to get the pleadings amended, so we're asking for
12 30 days to do that, but that's what we'll be doing.
13          THE COURT:  Okay.  Any objection to that, Mr. Borcia?
14          MR. BORCIA:  Well, I'll wait to see their motion, but
15 I believe your Honor granted them leave to substitute, so --
16 we have a right to object, I think.
17          THE COURT:  Oh, of course, of course.  So the motion
18 to substitute representative plaintiffs is granted.
19          Mr. Borcia, of course, is free to thereafter raise
20 whatever objections.  In light of that ruling, the motion to
21 disqualify is moot, okay?
22          MS. PERMINAS:  Okay.
23          THE COURT:  And Rosie, you'll pick up the numbers
24 from the docket?
25          THE CLERK:  I will, Judge.

1     THE COURT:  All right.  What else?
2     MR. BORCIA:  That's it.
3     MS. PERMINAS:  I think that's all we had pending.
4     THE COURT:  Okay.  Thank you.  Oh, let's set another
5  date.  April 15th?
6     MR. BORCIA:  That works for me.
7     THE COURT:  How long do you want to amend?
8     MS. PERMINAS:  30 days, a little longer than that.
9  I'm on trial currently now.
10    THE COURT:  Whatever you want, just tell me.
11    MS. PERMINAS:  If we could do 30 or 28.
12    THE COURT:  Let's do 40.
13    MS. PERMINAS:  That's --
14    THE COURT:  40 days to amend to substitute
15  plaintiffs, representative plaintiffs -- plaintiff, sorry, or
16  plaintiffs.  No, plaintiff.
17    MS. PERMINAS:  And you mentioned the 15th.
18    THE COURT:  Whatever date you want is fine.
19    MS. PERMINAS:  If we can do after that.
20    THE COURT:  Sure.  You pick the date.
21    MR. BORCIA:  Do you want to do the 23rd?
22    THE COURT:  Sure.
23    MS. PERMINAS:  That works.
24    THE COURT:  All right.  April 23rd at 8:30 for
25  status.

```
1         MS. PERMINAS:  Great.  Thank you.
2         THE COURT:  Thank you.
3         MR. BORCIA:  See you then.  Thank you, Judge.
4         THE COURT:  Okay.
5      (Which were all the proceedings heard.)
6                       CERTIFICATE
7      I certify that the foregoing is a correct transcript from
8  the digital recording of proceedings in the above-entitled
9  matter to the best of my ability, given the limitations of
10 using a digital-recording system.
11
12 /s/Kathleen M. Fennell              April 15, 2016
13 _____   _____
14 Kathleen M. Fennell                        Date
   Official Court Reporter
```