# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

*Christine Duffy Hodkins*
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

May 4, 2017

Before:   KENNETH F. RIPPLE, Circuit Judge
          MICHAEL S. KANNE, Circuit Judge
          ILANA DIAMOND ROVNER, Circuit Judge

| Nos. 16-1484 & 16-1608 | NICOLE BLOW, individually and on behalf of all others similarly situated, Plaintiff - Appellant, Cross - Appellee<br><br>v.<br><br>BIJORA, INC., doing business as AKIRA, Defendant - Appellee, Cross - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-03468<br>Northern District of Illinois, Eastern Division<br>District Judge Charles R. Norgle ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

   form name: **c7_FinalJudgment**(form ID: **132**)